UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 16-1235 (JNE/TNL)

| | |
|---|---|
| **Abdifitah Jama Adan,** <br><br> Plaintiff, <br><br> v. <br><br> **Heather Weyker,** *et al.*, <br><br> Defendants. | **INDIVIDUAL FEDERAL DEFENDANTS' MOTION TO DISMISS** |

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 16-1758 (JNE/TNL)

| | |
|---|---|
| **Abdullahi Sade Afyare**, <br><br> Plaintiff, <br><br> v. <br><br> **Heather Weyker,** *et al.*, <br><br> Defendants. | **INDIVIDUAL FEDERAL DEFENDANTS' MOTION TO DISMISS** |

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 16-1902 (JNE/TNL)

| | |
|---|---|
| **Ahmad Abnulnasir Ahmad**, <br><br> Plaintiff, <br><br> v. <br><br> **Heather Weyker,** *et al.*, <br><br> Defendants. | **INDIVIDUAL FEDERAL DEFENDANTS' MOTION TO DISMISS** |

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 16-1241 (JNE/TNL)

| | |
|---|---|
| **Musse Ahmed Ali**, | |
| Plaintiff, | |
| v. | **INDIVIDUAL FEDERAL DEFENDANTS' MOTION TO DISMISS** |
| **Heather Weyker,** *et al.*, | |
| Defendants. | |

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 16-1898 (JNE/TNL)

| | |
|---|---|
| **Mohamed Amalle**, | |
| Plaintiff, | |
| v. | **INDIVIDUAL FEDERAL DEFENDANTS' MOTION TO DISMISS** |
| **Heather Weyker,** *et al.*, | |
| Defendants. | |

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 16-1865 (JNE/TNL)

| | |
|---|---|
| **Dahir Nor Ibrahim,** | |
| Plaintiff, | |
| v. | **INDIVIDUAL FEDERAL DEFENDANTS' MOTION TO DISMISS** |
| **Heather Weyker,** *et al.*, | |
| Defendants. | |

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 16-1146 (JNE/TNL)

**Idris Ibrahim Fahra**,

    Plaintiff,

v.

**Heather Weyker**, *et al.*,

    Defendants.

**INDIVIDUAL FEDERAL DEFENDANTS' MOTION TO DISMISS**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 16-1175 (JNE/TNL)

**Faduma M. Farah**,

    Plaintiff,

v.

**Heather Weyker**, *et al.*,

    Defendants.

**INDIVIDUAL FEDERAL DEFENDANTS' MOTION TO DISMISS**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 16-1289 (JNE/TNL)

**Yasin Ahmed Farah**,

    Plaintiff,

v.

**Heather Weyker**, *et al.*,

    Defendants.

**INDIVIDUAL FEDERAL DEFENDANTS' MOTION TO DISMISS**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 16-1911 (JNE/TNL)

| | |
|---|---|
| **Muhiyadin Hussein Hassan**, | |
| Plaintiff, | |
| v. | **INDIVIDUAL FEDERAL DEFENDANTS' MOTION TO DISMISS** |
| **Heather Weyker,** *et al.*, | |
| Defendants. | |

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 16-3714 (JNE/TNL)

| | |
|---|---|
| **Abdirahman Abdirzak Hersi,** | |
| Plaintiff, | |
| v. | **INDIVIDUAL FEDERAL DEFENDANTS' MOTION TO DISMISS** |
| **Heather Weyker,** *et al.*, | |
| Defendants. | |

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 16-1230 (JNE/TNL)

| | |
|---|---|
| **Abdifatah Bashir Jama**, | |
| Plaintiff, | |
| v. | **INDIVIDUAL FEDERAL DEFENDANTS' MOTION TO DISMISS** |
| **Heather Weyker,** *et al.*, | |
| Defendants. | |

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 16-1237 (JNE/TNL)

| | |
|---|---|
| **Abdigadir Ahmed Khalif**, <br><br> Plaintiff, <br><br> v. <br><br> **Heather Weyker,** *et al.*, <br><br> Defendants. | **INDIVIDUAL FEDERAL DEFENDANTS' MOTION TO DISMISS** |

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 16-1894 (JNE/TNL)

| | |
|---|---|
| **Bashir Yasin Mohamud**, <br><br> Plaintiff, <br><br> v. <br><br> **Heather Weyker,** *et al.*, <br><br> Defendants. | **INDIVIDUAL FEDERAL DEFENDANTS' MOTION TO DISMISS** |

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 16-1243 (JNE/TNL)

| | |
|---|---|
| **Abdifatah Sharif Omar**, <br><br> Plaintiff, <br><br> v. <br><br> **Heather Weyker,** *et al.*, <br><br> Defendants. | **INDIVIDUAL FEDERAL DEFENDANTS' MOTION TO DISMISS** |

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 16-1113 (JNE/TNL)

| | |
|---|---|
| **Liban Sharif Omar**, | |
| Plaintiff, | |
| v. | **INDIVIDUAL FEDERAL DEFENDANTS' MOTION TO DISMISS** |
| **Heather Weyker,** *et al.*, | |
| Defendants. | |

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 16-1166 (JNE/TNL)

| | |
|---|---|
| **Mohamed Sharif Omar**, | |
| Plaintiff, | |
| v. | **INDIVIDUAL FEDERAL DEFENDANTS' MOTION TO DISMISS** |
| **Heather Weyker,** *et al.*, | |
| Defendants. | |

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 16-0908 (JNE/TNL)

| | |
|---|---|
| **Hamdi Ali Osman**, | |
| Plaintiff, | |
| v. | **INDIVIDUAL FEDERAL DEFENDANTS' MOTION TO DISMISS** |
| **Heather Weyker,** *et al.*, | |
| Defendants. | |

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 16-1242 (JNE/TNL)

**Haji Osman Salad**,

 Plaintiff,

v.

**Heather Weyker,** *et al.*,

 Defendants.

**INDIVIDUAL FEDERAL DEFENDANTS' MOTION TO DISMISS**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 16-2580 (JNE/TNL)

**Ifrah Yassin,**

 Plaintiff,

v.

**Heather Weyker,** *et al.*,

 Defendants.

**INDIVIDUAL FEDERAL DEFENDANTS' MOTION TO DISMISS**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 16-1012 (JNE/TNL)

**Yassin Abdirahman Yusuf**,

 Plaintiff,

v.

**Heather Weyker,** *et al.*,

 Defendants.

**INDIVIDUAL FEDERAL DEFENDANTS' MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Heather Weyker and John Bandemer move the Court to dismiss all claims against them with prejudice. First, no cause of action exists under Section 1983 or under *Bivens* to sue Defendants Weyker and Bandemer in their personal capacities. Second, the claims against Defendant Bandemer fail because neither Section 1983 nor *Bivens* allows for supervisory liability. Third, Defendant Weyker is entitled to absolute immunity for any claim alleging false testimony in the criminal proceedings. Finally, qualified immunity bars any remaining claims because Plaintiffs fail to plausibly allege that Defendants Weyker or Bandemer violated any clearly established constitutional right. This motion is based on the pleadings, the accompanying memorandum of law, and attached exhibits for which the court may take judicial notice.

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch

ANDREA W. McCARTHY
Senior Trial Counsel

*s/ Glenn S. Greene, Brant S. Levine, and David G. Cutler*
GLENN S. GREENE
District of Columbia Bar No. 450348
glenn.greene@usdoj.gov
Senior Trial Attorney

BRANT S. LEVINE
District of Columbia Bar No. 472970
brant.levine@usdoj.gov
Senior Trial Attorney

DAVID G. CUTLER
Illinois Bar No. 6303130
david.g.cutler@usdoj.gov
Trial Attorney

United States Department of Justice
Civil Division, Constitutional Torts Staff
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-4373 | Fax: (202) 616-4314

*Counsel for Defendants Weyker and Bandemer*

December 21, 2016