UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Hamdi Ali Osman, | Civ. No. 16-cv-908 (JNE/TNL) |
| Plaintiff, | |
| v. | |
| Heather Weyker, in her individual capacity as a Saint Paul Police Officer, John Bandemer, in his individual and official capacities as a Saint Paul Police Sergeant, the City of Saint Paul, Robert Roes 1 – 3, in their individual capacities as Saint Paul Police Officers, and Robert Roes 4 – 6, in their individual and official capacities as supervisory members of the Saint Paul Police Department, | |
| Defendants, | |
| Abdifatah Basir Jama, | Civ. No. 16-1230 (JNE/TNL) |
| Plaintiff, | |
| v. | |
| Heather Weyker, et al., | |
| Defendants, | |
| Abdifitah Jama Adan, | Civ. No. 16-1235 (JNE/TNL) |
| Plaintiff, | |
| v. | |
| Heather Weyker, et al., | |

Defendants,

---

Abdigadir Ahmed Khalif,                          Civ. No. 16-1237 (JNE/TNL)

    Plaintiff,

v.

Heather Weyker, et al.,

    Defendants,

---

Musse Ahmed Ali,                                 Civ. No. 16-1241 (JNE/TNL)

    Plaintiff,

v.

Heather Weyker, et al.,

    Defendants,

---

Haji Osman Salad,                                Civ. No. 16-1242 (JNE/TNL)

    Plaintiff,

v.

Heather Weyker, et al.,

    Defendants,

---

Abdifatah Sharif Omar,                           Civ. No. 16-1243 (JNE/TNL)

    Plaintiff,

v.

Heather Weyker, et al.,

    Defendants,

---

Abdirahman Abdirzak Hersi,                                Civ. No. 16-3714 (JNE/TNL)

    Plaintiff,

    v.

Heather Weyker, et al.,

    Defendants.

---

### Meet-and-Confer Statement

I, Jeffrey S. Storms, representing the above-captioned Plaintiffs (i.e., the Osman Plaintiffs), hereby certify that I engaged in phone conversations and email conversations with counsel for Weyker and Bandemer on February 17 and 21, 2017, and that I engaged in email conversations with counsel for Saint Paul on February 21, 2017 (in response to our February 17 inquiry) regarding matters pertaining to the Osman Plaintiffs' Motion for Leave to Amend Complaint.  I was able to discuss more particulars with counsel for Weyker and Bandemer than I was counsel for Saint Paul.  It's my understanding that meet and confer efforts may continue past this filing.  Presently, the parties **DO NOT** agree on the resolution of any part of the motion.

**Dated: February 21, 2017**                    **NEWMARK STORMS LAW OFFICE LLC**

/s/ Jeffrey S. Storms
Jeffrey S. Storms, # 0387240
100 South Fifth Street, Suite 2100
Minneapolis, MN 55402
Phone: 612.455.7050
Fax: 612.455.7051
jeff@newmarkstorms.com