UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 16-1902 (JNE/TNL)

**Ahmad Abnulnasir Ahmad**,

    Plaintiff,

    v.

**Heather Weyker**

    Defendant.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 16-1898 (JNE/TNL)

**Mohamed Amalle**,

    Plaintiff,

    v.

**Heather Weyker**

    Defendant.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 16-1289 (JNE/TNL)

**Yasin Ahmed Farah**,

    Plaintiff,

    v.

**Heather Weyker**

    Defendant.

1

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 16-1894 (JNE/TNL)

**Bashir Yasin Mohamud**,

    Plaintiff,

    v.

**Heather Weyker**

    Defendant.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 16-0908 (JNE/TNL)

**Hamdi Ali Osman**,

    Plaintiff,

    v.

**Heather Weyker**

    Defendant.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 16-2580 (JNE/TNL)

**Ifrah Yassin**,

    Plaintiff,

    v.

**Heather Weyker**

    Defendant.

# ORDER GRANTING DEFENDANT'S UNOPPOSED REQUEST FOR AN EXTENSION OF TIME

This matter came before the Court on Defendant Heather Weyker's Unopposed Request for an Extension of Time to respond to the complaints in the above-captioned cases. No hearing being necessary, and for good cause shown, **IT IS HEREBY ORDERED** that Defendant Weyker's Unopposed Request for Extension of Time is **GRANTED** and that Defendant Weyker shall respond to the complaints on or before **October 10, 2017.**

Dated: August 17, 2017            *s/Tony N. Leung*
                                  TONY N. LEUNG
                                  United States Magistrate Judge