# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Hamdi Ali Osman,

    Plaintiff,

v.                                            Civil No. 16-cv-908 (JNE/TNL)

Heather Weyker, *in her individual capacity as a Saint Paul Police Officer*,

    Defendant.

_____

Andrew Kayachith,

    Plaintiff,

v.                                              Civil No.  18-cv-326 (PAM/SER)

Heather Weyker, Sergeant
John Bandemer, City of
St. Paul and Robert Roes, 1-3,

    Defendants.

---

## ORDER OF DIRECTION TO THE CLERK OF COURT
## FOR REASSIGNMENT OF RELATED CASE

Case No.16-cv-908 (JNE/TNL) having been assigned to Judge Joan N. Ericksen and Case No. 18-cv-326 (PAM/SER) having later been assigned to Judge Paul A. Magnuson, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No.  18-cv-326 (PAM/SER) be assigned to Judge Joan N. Ericksen and Magistrate Judge Tony N. Leung, nunc pro tunc, by use of a card from the appropriate deck in the automated case assignment system.  The Clerk of Court is directed to

reuse a card from the same deck from which the original assignment was made pursuant to the Court's Assignment of Cases order filed July 5, 2017.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: <u>February 6, 2018</u>

<u>s/ Joan N. Ericksen</u>
JOAN N. ERICKSEN
United States District Judge

Dated: <u>February 8, 2018</u>

<u>s/ Paul A. Magnuson</u>
PAUL A. MAGNUSON
United States District Court
